**EXHIBIT 1**

**EXHIBIT 1**

**EXHIBIT A**

I.     **INFORMATION TO PRODUCE**

      1.     Any documents, communications or reports related to Gary Tanner in his role as an employee, consultant, officer, investor, or any other relationships with Valeant, Philidor or an Affiliate of Valeant or Philidor.

      2.     Any documents, communications or reports related to the business, operations, and/or financial reporting of any of Valeant, Philidor or an Affiliate of Valeant or Philidor.

      3.     Any computer, mobile telephone devices, or electronic storage device used or possessed by Gary Tanner in his role as an employee, consultant, officer, investor, or any other relationships with Valeant, Philidor or an Affiliate of Valeant or Philidor.

      4.     Any computer, mobile telephone devices, or electronic storage device used or possessed by Gary Tanner in communicating with any of Valeant, Philidor or an Affiliate of Valeant or Philidor.

      5.     Any computer, mobile telephone devices, or electronic storage device used or possessed by Gary Tanner in communicating with a customer, supplier or business partner of Valeant, Philidor or an Affiliate of Valeant or Philidor.

II.    **DEFINITIONS AND INTERPRETATION**

      A.     The time period with respect to the documents shall be from September 2012 to the date of appearing to testify at a deposition pursuant to the subpoena to which this Exhibit A is attached.

      B.     "Valeant" means Valeant Pharmaceuticals International, Inc., including its subsidiaries including, without limitation, Valeant Pharmaceuticals North America LLC and Medicis Pharmaceutical Corporation.

      C.     "Philidor" means Philidor Rx Services LLC, including its subsidiaries.

      D.     "Affiliate" means, as the context may require: (a) any person with any direct and/or indirect equity or Ownership interest in Valeant or Philidor; (b) any person with *de jure* or *de facto* Control over Valeant or Philidor; (c) any person who is or was a director or officer of Valeant or Philidor; (d) any person who is or was an employee, agent, consultant or advisor of Valeant or Philidor; and (e) any person in which Valeant, Philidor or any of the persons set out it items D.(a) through D.(d) had any direct and/or indirect equity or Ownership interest.

      The term "person" means individuals and entities, including, without limitation, sole proprietorships, firms, associations, companies, partnerships, joint ventures, corporations, trusts, estates, and any other legal, business or governmental entity.

      The term "Ownership interest" includes any legal interest to own or to benefit from all or part of economic activities of an entity, and includes an "option" or any similar contractual or non-contractual right to acquire an equity or ownership interest in an entity.

2761347.1

The term "Control" means any actual or perceived, direct or indirect, exercise of power, direction, guidance or influence in the conduct of business and operations of an entity including, without limitation, in relation to business strategies, business directions, business practices or day-to-day operations of an entity.

E. "Communicate" and "communication" mean every manner or means of disclosure or transfer or exchange of information whether orally, by document or otherwise, and whether face to face, in a meeting, by telephone, email or other electronic media, mail, personal delivery or otherwise, and any notes, records, comments or other documents memorializing all or part of same.

F. "Document" is used in its customary broad sense and includes all written, typed, printed, recorded or graphic statements, communications or other matter, however produced or reproduced, and whether or not now in existence, in the possession, custody or control of any Plaintiff, including without limitation:

All writings; studies; analyzes; tabulations; evaluations; reports; reviews; agreements; contracts; communications, including intra company communications; letters or other correspondence; messages; telegrams; telexes; cables; memoranda; records; notes, reports, summaries, sound recordings or transcripts of personal or telephone conversations, meetings, conferences or interviews; telephone toll records; diaries; desk calendars; appointment books; forecasts; accountants' work papers; drawings; graphs; charts; maps; diagrams; blueprints; plans; specifications; drawings; tables; indices; pictures; photographs; films; phonograph records; tapes; microfilm; microfiche; charges; ledgers; accounts; cost sheets; financial statements or reports; statistical or analytical records; minutes or records of board of directors, partnership, committee or other meetings or conferences; reports or summaries of investigations; opinions or reports of consultants; appraisals; reports or summaries of negotiations; books; brochures; pamphlets; circular; trade letters; press releases; newspaper and magazine clippings; stenographic, handwritten or any other notes; notebooks; projections; working papers; checks, front and back; check stubs or receipts; invoice vouchers; tape data sheets or data processing cards or discs or any other written, recorded, transcribed, punched, taped, filed or graphic matter, however produced or reproduced; and any other document, writing or other data compilation of whatever description, including but not limited to any information contained in any computer although not yet printed out or the memory units containing such data from which information can be obtained or translated into reasonably usable form, all electronically stored information; data; data compilations; and all drafts and non-identical copies of the foregoing.

G. "Relate," "in relation to," or "relating to" are to be used in their broadest sense and means to refer to, discuss, involve, reflect, deal with, consist of, represent, constitute, emanate from, be directed at, or in any way pertain, in whole or in part, to the subject.

H. The singular shall include the plural and vice versa, and the conjunctive shall include the disjunctive and vice versa in order to give these interrogatories and requests the broadest scope.

I. "Include" and "including" shall be construed to mean "without limitation."