Anne Chapman (#25965)
anne@mitchellsteincarey.com
Lee Stein (#12368)
lee@mitchellsteincarey.com
Emma Isakson (#32249)
emma@mitchellsteincarey.com
MITCHELL | STEIN | CAREY, PC
One Renaissance Square
2 North Central, Suite 1900
Phoenix, Arizona 85004
Telephone: (602) 388-1232
Facsimile: (602) 358-0291

Counsel for Gary Tanner

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Application of Celso Catucci, Nicole Aubin, and Lorraine O'Brien to take discovery from Gary Tanner under 28 U.S.C. § 1782 for use in foreign proceedings | No. 16-MC-00015-PHX-DJH<br><br>**NOTICE OF ARREST** |

Counsel for Gary Tanner give notice that Mr. Tanner was arrested on November 17, 2016 in the District of Arizona in connection with a criminal complaint filed in the Southern District of New York in *United States of America v. Gary Tanner and Andrew Davenport*, 16 MAG 7338. The allegations in the criminal complaint relate to Mr. Tanner's roles and employment at Valeant and Philidor.

. . .

RESPECTFULLY SUBMITTED this 18th day of November, 2016.

MITCHELL | STEIN | CAREY, PC

By: /s/ *Anne M. Chapman*
Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify that on this 18th day of November, 2016, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

 s/ *Julie Greenwood*